## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA LYNN BOYD,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-5756 MJP |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x x **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is ADOPTED, the Commissioner's decision is

AFFIRMED, and the matter is DISMISSED with prejudice.

Dated: November 9, 2011.

             William M. McCool
             Clerk of Court

             s/Mary Duett
             Deputy Clerk