# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BARBARA LYNN BOYD, | JUDGMENT IN A CIVIL CASE |
|---|---|
| Plaintiff, | CASE NUMBER: C10-5756 MJP |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x x **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is ADOPTED, the Commissioner's decision is

AFFIRMED, and the matter is DISMISSED with prejudice.

Dated: November 9, 2011.

    William M. McCool
    Clerk of Court

    s/Mary Duett
    Deputy Clerk